UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE VILLEGAS,<br><br>Defendant. | CASE NO.:  22CR0604-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to the joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for April 22, 2022 at 1:30 p.m. be continued to Friday, May 13, 2022 at 1:30 p.m. The court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

**SO ORDERED.**

Dated:  April 20, 2022

Hon. Janis L. Sammartino
United States District Judge

22CR0604-JLS